UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAD (AVIATION), INC. d/b/a CHARLES TAYLOR ADJUSTING,

                Plaintiff,

-v.-

ROY ESTES,

                Defendant.

23 Civ. 1324 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court is in receipt of Plaintiff's application on notice for a Temporary Restraining Order and Order to Show Cause why a preliminary injunction should not issue.[1] By 2:00 P.M. EST on February 17, 2023, the parties shall meet and confer and propose a briefing schedule and hearing date for Plaintiff's application. If agreement cannot be reached, the parties should so indicate and submit their respective proposals.

    SO ORDERED.

Dated: February 16, 2023
       New York, New York

                                    JENNIFER H. REARDEN
                                    United States District Judge

---

[1] According to the Certificate of Service attached to Plaintiff's Memorandum of Law in support of its proposed order, Defendant was served today, by email and by hand, with a copy of the proposed order, motion for temporary restraining order and preliminary injunction, and memorandum of law in support thereof.