```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2.17.2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAD (AVIATION), INC. d/b/a CHARLES TAYLOR ADJUSTING,

                Plaintiff,

-v.-

ROY ESTES,

                Defendant.

23 Civ. 1324 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on March 6, 2023 at 1:00 PM, to address Plaintiff's application for a Temporary Restraining Order and Order to Show Cause why a preliminary injunction should not issue. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 974 907 105#.

SO ORDERED.

Dated:  February 17, 2023
         New York, New York

                                                  */s/ Jennifer H. Rearden*
                                                  JENNIFER H. REARDEN
                                                  United States District Judge