# BLANKROME

1271 Avenue of the Americas | New York, NY 10020

*Phone:* (212) 885-5154
*Fax:* (917) 332-3737
*Email:* John.Kessler@BlankRome.com

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: Feb. 27, 2023

February 24, 2023

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007
ReardenNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2023

      Re:    *LAD (Aviation), Inc. d/b/a Charles Taylor Adjusting v. Estes*,
              No. 1:23-cv-01324-JHR (S.D.N.Y.)

Dear Judge Rearden:

     Counsel for the parties to the above-referenced matter have met and conferred and have reached an agreement to extend the current briefing and argument schedule for Plaintiff's Temporary Restraining Order application (as set forth in the Court's Orders docketed at ECF Nos. 11 and 12) by one week, as follows, in order to accommodate their continued settlement discussions:

     1.    Defendant's opposition to the proposed Order to Show Cause and Motion for Temporary Restraining Order and Preliminary Injunction shall now be filed by Tuesday, March 7, 2023;

     2.    Plaintiff's reply in support of the proposed Order to Show Cause and Motion for Temporary Restraining Order and Preliminary Injunction shall now be filed by Friday, March 10, 2023;

     3.    Subject to the Court's availability, a hearing and argument shall now be held on Monday, March 13, 2023.

BLANKROME

The Honorable Jennifer H. Rearden
February 24, 2023
Page 2

      The parties agree that this one-week extension of the current deadlines is without prejudice to Plaintiff's assertion of irreparable harm or any other basis upon which a Temporary Restraining Order and/or Preliminary Injunction may issue.

                           Respectfully submitted,

                           */s/ John C. Kessler*

                           John C. Kessler

cc:    Craig Applebaum, Esq. (Attorney for Defendant)
        Frederick G. Sandstrom, Esq. (Attorney for Plaintiff; *pro hac vice forthcoming*)

        *(all via email)*